# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                     No. 4:87CR00038-04 JLH

PATRICIA ANN ROGERS                                     DEFENDANT

## ORDER

Patricia Ann Rogers has filed a motion for reconsideration of the Order denying her request that her record be expunged. She argues, in essence, that she was not actually guilty but pled guilty on the advice of her father. Even if that is true, it does not change the fact that this Court has no authority to expunge her record. The motion for reconsideration is DENIED.

IT IS SO ORDERED this 21st day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE